UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Leif D. Truitt,

                Plaintiff,

-against-

David Geithner, individually and in his capacity as Chief Financial Officer of Condé Nast; Condé Nast; and, Advance Publications, Inc., owner and operator of Condé Nast

                Defendants.

**ORDER FOR ADMISSION**
**PRO HAC VICE**

Civil Action No. 15-8826

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/14/15

       The motion of Lawrence H. Fisher, for admission to practice Pro Hac Vice in the above captioned action is granted.

       Applicant has declared that he is a member in good standing of the bar of the state of Pennsylvania; and that his contact information is as follows:

Lawrence H. Fisher, Esquire
Counsel for Plaintiff
One Oxford Centre
301 Grant St., Suite 4300
Pittsburgh, PA 15219
t. 724.986.9785

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Leif D. Truitt, Plaintiff, in the above captioned matter;

IT IS HEREBY ORDERED that applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing disciplining attorneys.

*[signature]*

J.

Dated: *December 14, 2015*