UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

L. DEREK TRUITT,

            *Plaintiff*,

   v.

DAVID GEITHNER, Individually and in his capacity as Chief Financial Officer of CONDÉ NAST; and CONDÉ NAST,

            *Defendants*.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Civil Action No. 1:15-CV-8826(NRB)

**STIPULATION AND [Proposed] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

      WHEREAS, Plaintiff initiated this action by filing the Complaint on or about November 9, 2015;

      WHEREAS, Plaintiff attempted to serve Defendants pursuant to FRCP 4(d) via email on or about November 11, 2015;

      WHEREAS, Defendants agreed to accept service pursuant to FRCP 4(d) on or about November 24, 2015;

      WHEREAS, Plaintiff agreed to extend Defendants' time to answer or otherwise respond to the Complaint from January 11, 2016, until January 31, 2016;

      IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that the time within which Defendants may move, answer, or otherwise respond to the complaint is hereby extended up to and including January 31, 2016.

      This stipulation is without prejudice to the parties to assert any and all claims or defenses, other than sufficiency of service of the Complaint, to this action.

      There has been no previous requested extension of time in this matter.


Dated:  December 21, 2015

| | |
|---|---|
| **LAW OFFICES OF LAWRENCE H. FISHER, ESQUIRE** | **GREENBERG TAURIG, LLP** |
| By:  /s/Lawrence H. Fisher<br>Lawrence H. Fisher<br>One Oxford Centre<br>301 Grant St., Suite 4300<br>Pittsburgh, Pennsylvania 15219<br>Tel: (724) 986-9785<br>lawfirst@comcast.net | By:  /s/Michael J. Grygiel<br>Michael J. Grygiel (Application for admission *pro hac vice* forthcoming)<br>Cynthia E. Neidl<br>54 State Street, 6th Floor<br>Albany, New York 12207<br>Tel: (518) 689-1400<br>Fax: (518) 689-1499<br>grygielm@gtlaw.com<br>neidlc@gtlaw.com |
| *Attorneys for Plaintiff L. Derek Truitt* | *Attorneys for Defendant Condé Nast* |

**CARTER LEDYARD & MILBURN LLP**

By: /s/John J. Walsh

John J. Walsh
2 Wall Street
New York, New York 10005
Tel: (212) 238-8849
Fax: (212) 732-3232
walsh@clm.com

**HARDER MIRELL & ABRAMS, LLP**

Jennifer J. McGrath
132 S. Rodeo Drive,
 Suite 301
Beverly Hills,
 California  90212
Tel: (424) 203-1612
Fax: (424) 203-1601
jmcgrath@hmafirm.com

*Attorneys for Defendant David Geithner*

**SO ORDERED:**

_____
**United States District Judge**