┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:                               │
│ DATE FILED: 01/13/2016               │
└─────────────────────────────────────┘

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

L. DEREK TRUITT,

                *Plaintiff,*

v.

DAVID GEITHNER, Individually and in his
capacity as Chief Financial Officer of CONDÉ
NAST; and CONDÉ NAST,

                *Defendants.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Civil Action No. 1:15-cv-08826(NRB)

**ORDER FOR ADMISSION**
*PRO HAC VICE*

The motion of MICHAEL J. GRYGIEL, for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the State of New York; and that his contact information is as follows:

Michael J. Grygiel, Esq.
GREENBERG TRAURIG, LLP
54 State Street, 6th Floor
Albany, New York 12207
Tel: (518) 689-1400
Fax: (518) 689-1499
grygielm@gtlaw.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Condé Nast in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: January _12_, 2016

United States ~~Magistrate~~ Judge
District

*ALB 1901000v1*